IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONNELL SANDERS | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| JON D. FISHER, et al. | : | NO. 12-cv-5525-EL |
| | : | |

<u>O R D E R</u>

AND NOW, this 28th day of May, 2014, upon careful and independent consideration of the petition for writ of habeas corpus filed under 28 U.S.C. § 2241, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A Sitarski and objections to the Report and Recommendation filed by petitioner:

1. Petitioner's objections are overruled.

2. The Report and Recommendation is adopted and approved.

3. The petition for writ of habeas corpus is dismissed without an evidentiary hearing.

4. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

<u>/s/ Edmund V. Ludwig</u>
EDMUND V. LUDWIG, J.